No. 145. LACY v. TEXAS. October 9, 1939. Petition for writ of certiorari to the Court of Criminal Appeals of Texas, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. W. P. Hamblen* for petitioner. No appearance for respondent.

No. 182. PRICE v. ILLINOIS. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Illinois, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Richard E. Westbrooks* for petitioner. No appearance for respondent.

No. 184. LINDSEY v. McCAULEY, WARDEN. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *E. R. Lindsey, pro se.* No appearance for respondent.

No. 188. JACOBS v. NEW YORK. October 9, 1939. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Jerome A. Jacobs, pro se.* No appearance for respondent.

No. 199. BOYER v. CITY OF SALINA ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *James E. Boyer, pro se.* No appearance for respondents.